Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Scott Schutza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>                Plaintiff,<br><br>     vs.<br><br>BUSY BEES LOCKS & KEYS, INC., a California limited liability company; KOPP FAMILY SANTEE, LLC, a California limited liability company; and DOES 1-10,<br><br>                Defendants. | Case No.: 3:24-cv-00123-JO-MSB<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT 5 NOTICE OF SETTLEMENT DUE TO ERROR** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     Plaintiff SCOTT SCHUTZA hereby withdraws the Notice of Settlement filed as Docket No. 5. There is an error in the signature line. Plaintiff will submit a new and correct Notice of Settlement.  Plaintiff's counsel apologizes for any inconvenience.

Respectfully submitted,

DATED:  March 21, 2024                    VALENTI LAW APC

                                    By:  */s/ Matt Valenti*
                                          Matt Valenti, Esq.
                                          Attorney for Plaintiff