**VALENTI LAW APC**
Matthew D. Valenti (SBN 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, California 92117
Phone: (619) 540-2189

Attorney for Scott Schutza

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>            Plaintiff,<br><br>    vs.<br><br>BUSY BEES LOCKS & KEYS, INC., a California limited liability company; KOPP FAMILY SANTEE, LLC, a California limited liability company and DOES 1-10,<br><br>            Defendants. | Case No.: 3:24-cv-00123-JO-MSB<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

# NOTICE OF SETTLEMENT

Plaintiff SCOTT SCHUTZA hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and further the interests of judicial economy. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

Respectfully submitted,

DATED: March 21, 2024                    VALENTI LAW APC


                                         By:  */s/ Matt Valenti*
                                              Matt Valenti, Esq.
                                              Attorney for Plaintiff Scott Schutza