Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Scott Schutza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA, | Case No.: 3:24-cv-00123-JO-MSB |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |
| vs. | |
| BUSY BEES LOCKS & KEYS, INC., a California limited liability company; KOPP FAMILY SANTEE, LLC, a California limited liability company; and DOES 1-10, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Scott Schutza voluntarily dismisses this action <u>with</u> prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  May 24, 2024                    VALENTI LAW APC


By:  */s/ Matt Valenti*
                    Matt Valenti, Esq.
                    Attorney for Plaintiff